**Order entered December 31, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01565-CR

## EX PARTE KEVIN RAY TAYLOR

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-30431-U**
**Trial Court Writ No. W08-30431-U(D)**

## ORDER

The Court is in receipt of appellant's notice of appeal regarding his post-conviction application for writ of habeas corpus filed under article 11.072. In his notice of appeal, appellant indicates he does not know if the trial court has ruled upon his writ application, but he assumes that it has because the time period to rule upon the writ application has passed. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072, §6(a). This Court does not acquire jurisdiction over an appeal until the trial court has entered a final written order. *See* TEX. R. APP. P. 25.2(a)(2), 26.2(a); *Abbott v. State*, 271 S.W.3d 694, 697 (Tex. Crim. App. 2008).

We **ORDER** the Dallas County District Clerk to file, by **January 10, 2020**, the clerk's record in this appeal. The clerk's record shall include either (1) the trial court's final written order adjudicating appellant's application for writ of habeas corpus, or (2) a written verification from the district clerk that no final order adjudicating appellant's application for writ

of habeas corpusCR is in the district clerk's possession. The clerk's record shall also include copies of the indictment, judgment, the application for writ of habeas corpus, the State's response to the writ application, any documents related to the writ application, the trial court's certification of the right to appeal, and any documents requested by the parties.

Upon receiving the clerk's record from the district clerk, the Court will determine whether it has jurisdiction of this matter and either issue additional orders regarding scheduling of this case or else dismiss the case, if appropriate.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Felicia Pitre, Dallas County District Clerk; and the Dallas County District Attorney's office.

We **FURTHER DIRECT** the Clerk to send a copy of this order, by first-class mail, to Kevin Ray Taylor; TDCJ No. 02070100; Neal Unit, E-2-08B; 9055 Spur 591; Amarillo, Texas 79107-9696.

/s/ LANA MYERS
   JUSTICE